IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>         Plaintiff,<br><br>    vs.<br><br>AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,  AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,  AVENTINE RENEWABLE ENERGY, INC.,<br><br>         Defendants. | 4:12CV3200<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

   IT IS ORDERED:

1) Mandatory disclosures shall be served herein by December 19, 2012.

2) The parties may engage in written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure.

3) Except as to Rule 30(b)(6) depositions to specifically identify relevant documents and thereby facilitate efficient and expeditious progression of this case, deposition discovery is stayed pending a ruling on the parties' pending dispositive motions.

4) A telephonic conference with the undersigned magistrate judge will be held on **March 5, 2013** at **11:00 a.m**. to discuss further case progression and potential settlement. Counsel for plaintiff shall place the call.

Dated this 13th day of December, 2012.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge