IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,  AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,  AVENTINE RENEWABLE ENERGY, INC.,<br><br>          Defendants. | 4:12CV3200<br><br>MEMORANDUM AND ORDER |

Litigation in this forum is stayed pending the outcome of the parties' pending arbitration on Contract No. 015548-02.  Accordingly,

IT IS ORDERED the plaintiff shall file a notice with the court every three months, beginning on June 15, 2013, regarding the current status of the arbitration proceedings.

June 7, 2013.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge