IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>AVENTINE RENEWABLE ENERGY HOLDINGS, INC.,  AVENTINE RENEWABLE ENERGY - AURORA WEST, LLC,  AVENTINE RENEWABLE ENERGY, INC.,<br><br>            Defendants. | **4:12CV3200**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by William G. Dittrick and Allison D. Balus of Baird Holm LLP, and Nancy Chung and Christopher M. Egleson of Akin Gump Strauss Hauer & Feld LLP, attorneys of record on behalf of Aventine Renewable Energy-Aurora West, LLC and Aventine Renewable Energy Holdings, Inc., (filing no. 32), is granted.

February 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge