IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>AVENTINE RENEWABLE ENERGY HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No: 4:12cv3200<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibit previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Plaintiff's Exhibit #25 from TRO hearing held on 2/25/14

If counsel fails to withdraw this exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 1st day of September, 2015.

            BY THE COURT:

            s/ John M. Gerrard
            United States District Judge